**RECEIVED**

AUG 2 3 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE-OPELOUSAS DIVISION**

| | |
|---|---|
| **MELBA H. CAFFERY** | **CIVIL ACTION NO. 06-1191** |
| VS. | JUDGE HAIK |
| **ELI LILLY & CO., INC.** | **MAGISTRATE JUDGE METHVIN** |

### JURISDICTIONAL REVIEW RULING

As required by a standing order of this court, the undersigned has reviewed the record and concludes that the jurisdictional amount has been established in this diversity case.

Plaintiff, Melba Caffery, alleges that she took Zyprexa, a drug manufactured, marketed, and distributed by defendant Eli Lilly & Co., Inc. ("Eli Lilly") from January 2004 until November 2004. Caffery alleges that, as a direct result of using Zyprexa, she sustained serious injuries, including severe stomach and bowel problems and the development of Type II diabetes. Caffery seeks damages for these physical injuries, as well as for extreme pain, emotional distress, and mental anguish, as well as past and future medical expenses and loss of wages.

Considering the nature of the injuries sustained by Melba Caffery, the undersigned concludes that the jurisdictional amount has been established in this case.

Signed at Lafayette, Louisiana on August 23, 2006.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)